**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | | |
|---|---|---|
| DAVID COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:25-cv-00032-JPJ-PMS |
| | ) | |
| EARTHLINK, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO DISMISS

Defendant, Earthlink, LLC ("Earthlink" or "Defendant"), by counsel, hereby moves for dismissal of the Complaint filed by Plaintiff, David Coleman ("Plaintiff"), for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The grounds for this Motion are set forth in Defendant's contemporaneously filed Memorandum in Support.

EARTHLINK, LLC

By: */s/ Harrison E. Richards*

Paul G. Klockenbrink (VSB No. 33032)
Harrison E. Richards (VSB No. 94960)
GENTRY LOCKE ATTORNEYS
10 Franklin Road, S.E., Suite 900
Roanoke, Virginia 24011
Telephone: (540) 983-9300
Facsimile: (540) 983-9400
Email: klockenbrink@gentrylocke.com
        hrichards@gentrylocke.com

*Counsel for Defendant*
*Earthlink, LLC*

26682\0002\12713382v1

## ROSEBORO NOTICE TO PLAINTIFF

Defendant provides the following notice consistent with the requirements of *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975):

1.    Plaintiff is entitled to file a response opposing this Motion and any such response must be filed within twenty-one (21) days of the date on which this Motion is filed.

2.    The Court could dismiss this action on the basis of this Motion and Memorandum in Support if Plaintiff does not file a response.

3.    In his response, Plaintiff must identify all facts stated by Defendant with which he disagrees and must set forth his own version of the facts by offering affidavits (written statements signed before a notary public and under oath) or by filing sworn statements (bearing a certificate that it is signed under penalty of perjury).

4.    Plaintiff is also entitled to file a legal brief in opposition to the Motion to Dismiss filed by Defendant.

26682\0002\12713382v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 25, 2025, the foregoing was electronically filed with the

Clerk of the Court using the CM/ECF system. The foregoing was also sent on June 26, 2025 via

first-class mail and certified mail, postage prepaid, to:

David Coleman
5244 Tacoma Mountain Road
Wise, VA 24293

*Plaintiff – pro se*

/s/  *Harrison E. Richards*
*Counsel for Defendant*
*Earthlink, LLC*

3

26682\0002\12713382v1